**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Hartford COVID-19 Business      )
Interruption Protection Insurance Litigation   )      MDL No. 2963

**NOTICE OF SUPPLEMENTAL INFORMATION**

Defendants The Hartford Financial Services Group, Inc. and fifteen of its direct or indirect subsidiaries[1] (together, "Hartford") hereby give notice, pursuant to Rule 6.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, of two orders issued by federal district courts granting Hartford entities' motions to dismiss actions that were noticed as related actions:

1) *Franklin EWC, Inc., et al. v. Hartford Financial Services Group, Inc., et al.*, No. 3:20-cv-04434 (N.D. Cal.), noticed as a related action on August 25, 2020 (Dkt. No. 126). The district court's order dismissing this action, which was issued on September 22, 2020, is attached hereto as Exhibit A.

2) *Rhonda Hill Wilson, Esq. v. Hartford Casualty Insurance Company,* No. 20-cv-03384 (E.D. Pa.), noticed as a related action on August 25, 2020 (Dkt. No. 126). The district court's memorandum and order dismissing this action, which were issued on September 30, 2020, are attached hereto as Exhibits B and C, respectively.

September 30, 2020                    Respectfully submitted,

/s/ Sarah D. Gordon
STEPTOE & JOHNSON LLP
Sarah D. Gordon
sgordon@steptoe.com
Frank Winston, Jr.
fwinston@steptoe.com

---

[1] The Hartford subsidiaries are listed in Hartford's Response in Opposition, Dkt. No. 146, at 1 n.1.

1330 Connecticut Avenue NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902

STEPTOE & JOHNSON LLP
Justin Ben-Asher
jbenasher@Steptoe.com
1114 Avenue of the Americas
New York, N.Y. 10036
Phone: (212) 506-3900
Fax: (212) 506-3950

*Counsel for The Hartford Financial Services Group, Inc.; Hartford Fire Insurance Company; Sentinel Insurance Company, Ltd.; Hartford Casualty Insurance Company; Hartford Underwriters Insurance Company; Twin City Fire Insurance Company; Trumbull Insurance Company; Property & Casualty Insurance Company of Hartford; Pacific Insurance Company, Ltd.; New England Insurance Company; New England Reinsurance Corporation; Hartford Insurance Company of Illinois; Hartford Accident & Indemnity Company; Hartford Insurance Company of the Midwest; Hartford Insurance Company of the Southeast; and Hartford Lloyd's Insurance Company*